James S. Brown (SBN 135810)
Anjali Kulkarni (SBN 292999)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: jamesbrown@duanemorris.com
          akulkarni@duanemorris.com

Attorneys for Defendant
AZGEN SCIENTIFIC HOLDINGS PLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>    Plaintiff,<br><br>v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>    Defendant. | Case No.: 18-cv-07503-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR PARTIES' CASE MANAGEMENT CONFERENCE**<br><br>Date:         March 26, 2019<br>Time:        2:00 p.m.<br>Judge:       Haywood S. Gillam Jr.<br>Courtroom:  2, 4th Floor<br><br>Complaint Filed:   January 9, 2019 |

Pursuant to Local Rule 6-2, it is stipulated between and among Plaintiff Anthony C. Lustig ("Plaintiff") and Defendant AzGen Scientific Holdings PLC, ("Defendant") (together, "the Parties"), by their respective counsel, as follows:

WHEREAS the Parties currently have a Case Management Conference on March 26, 2019 before this Court;

WHEREAS the counsel for Defendant informed counsel for Plaintiff on March 8, 2019, of Defendant's counsel's intention to move to withdraw as counsel, via administrative motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1

1. Parties' March 26, 2019 Case Management Conference shall be continued to April 16, 2019.

**IT IS SO STIPULATED.**

Dated: March 12, 2019    **DUANE MORRIS LLP**

            By:  */s/ James S. Brown*
              James S. Brown
              Anjali Kulkarni

              Attorneys for Defendant
              AZGEN SCIENTIFIC HOLDINGS, PLC

Dated: March 12, 2019    By:  */s/ E. Jeffrey Banchero*
              E. Jeffrey Banchero

              Attorney for Plaintiff
              ANTHONY C. LUSTIG

## **SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

              */s/ James S. Brown*
              James S. Brown
              Anjali Kulkarni

              Attorneys for Defendant
              AZGEN SCIENTIFIC HOLDINGS, PLC

2

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR    CASE NO.: 18-CV-07503-HSG
PARTIES' CASE MANAGEMENT CONFERENCE AND RULE 26(F) DISCLOSURES

**[PROPOSED] ORDER**

Upon consideration of the Joint Stipulation Regarding Extension of Time for Parties' Case Management Conference and Rule 26(f) Disclosures, it is ORDERED that:

1. The Parties' March 26, 2019 Case Management Conference shall be continued to April 16, 2019 at 2:00 p.m.

Dated: 3/13/2019

_____
Honorable Haywood S. Gillam Jr.

1

JOINT STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR PARTIES' CASE MANAGEMENT CONFERENCE AND RULE 26(F) DISCLOSURES — CASE NO.: 18-CV-07503-HSG