E. Jeffrey Banchero (SBN 93077)
*ejb@bancherolaw.com*
BANCHERO LAW FIRM LLP
601 California Street, 13th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 484-7029

Attorneys for Plaintiff
ANTHONY C. LUSTIG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY C. LUSTIG,<br><br>Plaintiff,<br><br>v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>Defendant. | CASE NO. 18-CV-07503-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE AT THE HEARING ON ADMINISTRATIVE MOTION OF DUANE MORRIS LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT OR, IN THE ALTERNATIVE, FOR A BRIEF CONTINUANCE OF THE HEARING** |
|---|---|

Upon consideration of Counsel for Plaintiff's Motion to Appear by Telephone at the Hearing on Administrative Motion of Duane Morris LLP to Withdraw as Counsel for Defendant or, in the Alternative, for a Brief Continuance of the Hearing, the Court rules as follows. The motion is GRANTED.

Counsel for plaintiff, E. Jeffrey Banchero, shall be permitted to attend by telephone the hearing on the Administrative Motion of Duane Morris LLP to Withdraw as Counsel for Defendant. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

CASE NO. 18-CV-07503-HSG

telephonic appearance.

**IT IS SO ORDERED.**

Dated: March 19, 2019

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Judge

CASE NO. 18-CV-07503-HSG