E. Jeffrey Banchero (SBN 93077)
*ejb@bancherolaw.com*
BANCHERO LAW FIRM LLP
601 California Street, 13th Floor
San Francisco, California 94108
Telephone: (415) 398-7000
Facsimile: (415) 484-7029

Attorneys for Plaintiff
ANTHONY C. LUSTIG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>    Plaintiff,<br><br>    v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>    Defendant. | CASE NO. 18-CV-07503-HSG<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Mehamood Hosein is believed to be a creditor of defendant.

The following persons are believed to be shareholders of defendant:

Paul Gray

Luis Siemens

Linda Carter

1 James Cain

2 Dick O'Leary

3

4                                         Respectfully Submitted,

5                                         BANCHERO LAW FIRM LLP

6

7                                         By: _____/s/_____
                                          E. Jeffrey Banchero
8
                                          Attorneys for Plaintiff
9                                         Anthony C. Lustig

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

<u>Proof of Service</u>

At the time of service I was over 18 years old and not a party to this action. My business address is 601 California Street, Suite 1300, San Francisco, California 94108. On April 9, 2019, I served a true copy of the following documents:

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 (a)(1)(A) OF THE FED. R. CIV. P.**

**PLAINTIFF'S SEPARATE CASE MANAGEMENT STATEMENT; DECLARATION OF E. JEFFREY BANCHERO**

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

I served the documents, as follows:

X   (BY ELECTRONIC TRANSMISSION) by transmitting the foregoing document(s) by e-mail the party(ies) identified below by using the email address(es) as indicated

| | |
|---|---|
| James S. Brown | JamesBrown@duanemorris.com |
| Anjali Kulkarni | akulkarni@duanemorris.com |
| Duane Morris LLP | |
| One Market Plaza, Suite 2200 | |
| San Francisco, CA 94105-1127 | |

For forwarding to AzGen Scientific Holdings, pursuant to court order dated March 22, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California on April 9, 2019.

_____
Mary Bryan