E. Jeffrey Banchero (SBN 93077)
ejb@bancherolaw.com
BANCHERO LAW FIRM LLP
601 California Street, 13th Floor
San Francisco, California 94108
Telephone: (415) 398-7000
Facsimile: (415) 484-7029

Attorneys for Plaintiff
ANTHONY C. LUSTIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>       Plaintiff,<br><br>v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>       Defendant. | CASE NO. 18-CV-07503-HSG<br><br>**DECLARATION OF ANTHONY C. LUSTIG IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Anthony C. Lustig, declare:

1.  I am the plaintiff in this action. I have first-hand knowledge of the facts in this declaration. If called as a witness, I could and would testify competently to these facts.

2.  On or about June 12, 2018, I received a letter signed by Michael Walshe of Kennedys law firm, of Dublin, Ireland, in which Walshe identified himself as a lawyer representing my employer, the defendant, AzGen Scientific Holdings PLC ("AzGen"). On AzGen's behalf, Walshe wrote that he was providing one month's notice of termination of my contract with AzGen.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 22, 2019.

                                                                                     /s/ Anthony C. Lustig
                                                                                     Anthony C. Lustig

-1-
DECLARATION OF ANTHONY C. LUSTIG   18-CV-07503-HSG