E. Jeffrey Banchero (SBN 93077)
*ejb@bancherolaw.com*
BANCHERO LAW FIRM LLP
601 California Street, Suite 1300
San Francisco, California 94108
Telephone: (415) 398-7000
Facsimile: (415) 484-7029

Attorneys for Plaintiff
ANTHONY C. LUSTIG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>　　　　Defendant. | CASE NO. 18-CV-07503-HSG<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Judge:　　Hon. Haywood S. Gilliam, Jr. |

On October 9, 2019, the Court issued an order directing plaintiff to file a status report notifying the Court when plaintiff will file a motion for default judgment.

　Procedural Background and Recent Events.

In April, 2019, the Clerk of the Court entered a default in plaintiff's favor.

In June, plaintiff filed an Administrative Motion for Entry of Protective Order.  Plaintiff required the protective order to proceed with limited depositions and document discovery from two companies, which are not parties to the case.  Plaintiff intends to use the discovery to support his request for an award of damages.  Plaintiff informed the Court that he intended to file the motion for default judgment as soon as the depositions were completed.

PLAINTIFF'S STATUS REPORT
Case No. 18-CV-07503-HSG

1   The Court issued the protective order on July 25.

2   Plaintiff has noticed the deposition of one of the companies. Plaintiff's attorney and the
3   attorney for the company are attempting to work out the terms of a declaration, which the
4   company would submit in lieu of deposition.

5   Plaintiff has been unable to serve a deposition subpoena on the second company. Plaintiff's
6   attorney is currently attempting to obtain information from this company by working with the
7   company's attorney.

8   Plaintiff is still intent on filing the motion for default judgment as soon as he conducts the
9   depositions of these two companies or obtains information by declaration.

10   <u>Plaintiff's Estimate of When He will File a Motion for Default Judgment</u>.

11   I estimate that plaintiff will be able to file the motion for default judgment on or before
12   **November 15, 2019**.

Respectfully Submitted,

BANCHERO LAW FIRM LLP

Dated: October 11, 2019                By:         /s/
                                          E. Jeffrey Banchero

Attorneys for Plaintiff
Anthony C. Lustig