1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E. Jeffrey Banchero (SBN 93077)
*ejb@bancherolaw.com*
BANCHERO LAW FIRM LLP
601 California Street, 13th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 484-7029

Attorneys for Plaintiff
ANTHONY C. LUSTIG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>       Plaintiff,<br><br>     v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>      Defendant. | CASE NO. 18-CV-07503-HSG<br><br>**PLACEHOLDER DOCUMENT FOR DECLARATION NO. 1 TO BE E-FILED ENTIRELY UNDER SEAL**<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Hearing Date:  January 9, 2020<br>Time:        2:00 P.M.<br>Courtroom:   2<br>Before:      Hon. Haywood S. Gilliam, Jr. |

PLACEHOLDER DOCUMENT                                      18-CV-07503-HSG