RAJIV DHARNIDHARKA (Bar No. 234756)
rajiv.dharnidharka@dlapiper.com
SEAN A. NEWLAND (Bar No. 300928)
sean.newland@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel:     415.836.2500
Fax:    415.836.2501

Attorneys for Non-Party Quarrio Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>             Plaintiff,<br><br>      v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>             Defendant. | CASE NO.    18-CV-07503-HSG<br><br>**DECLARATION OF QUARRIO CORPORATION IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. 48)** |

1

I, Karl-Gunnar Charles-Harris, declare as follows:

1. I am the Co-founder and Chief Executive Officer of Quarrio Corporation ("Quarrio") and am authorized to make this declaration on Quarrio's behalf. The matters in this declaration are based on my personal knowledge, and if I was called to testify, I would testify competently thereto.

2. Pursuant to Civil Local Rules 79-5(d)(1)(A) and 79-5(e)(1), I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal the Confidential Declaration of Quarrio in support of Plaintiff's Motion for Entry of Default Judgment.

3. Quarrio's declaration pertains to certain details of an agreement between Quarrio and AzGen Scientific Holdings, PLC ("AzGen") in which Quarrio agreed to issue and AzGen agreed to purchase convertible promissory notes, including highly sensitive financial information. Quarrio's declaration also contains information regarding a venture involving Quarrio and AzGen.

4. The information provided in Quarrio's declaration is not available to the public and, if disclosed to the public, would inflict harm on Quarrio by giving Quarrio's competitors, and future prospective investors, a window into Quarrio's confidential business and financial information.

5. Given the sensitive and confidential nature of the information contained in Quarrio's declaration, and the substantial likelihood of harm to Quarrio if that information is publicly released, Quarrio requests that its declaration be kept filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of November, 2019, in Berkeley, California.

Dated: November 19, 2019        QUARRIO CORPORATION

By: _____
KARL-GUNNAR CHARLES-HARRIS
CHIEF EXECUTIVE OFFICER

WEST/288442666