1  ROBERT L. CORTEZ WEBB (CA SBN 274742)
   RWebb@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California  94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  Attorneys for Non Party
   CEEK VR, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  ANTHONY C. LUSTIG,                    Case No.    18-CV-07503-HSG

13              Plaintiff,                **DECLARATION OF MARY SPIO
                                          IN SUPPORT OF
14       v.                               ADMINISTRATIVE MOTION TO
                                          FILE UNDER SEAL**
15  AZGEN SCIENTIFIC HOLDINGS PLC,

16              Defendant.

17

18       I, Mary Spio, hereby declare as follows:

19       1.      I am the founder and Chief Executive Officer of CEEK VR, Inc. ("CEEK").  I

20  have first-hand knowledge of the facts in this declaration.  If called as a witness, I could and

21  would testify competently to these facts.

22       2.      I submit this declaration in support of Plaintiff Anthony C. Lustig's administrative

23  motion to file under seal.  (Dkt. No. 48, filed November 18, 2019.)  I have reviewed the

24  Declaration of CEEK VR, Inc., which was designated as confidential by CEEK, and which

25  Plaintiff filed provisionally under seal.  For the reasons discussed below, CEEK respectfully

26  requests that the Court seal from the public record the declaration of non-party CEEK, as well as

27  any references to that declaration in Plaintiff's Notice of Motion for Entry of Default Judgment,

28  Memorandum of Points & Authorities in Support Thereof.

3.      The Declaration of CEEK VR, Inc. contains sensitive financial and business information of CEEK.  This information includes confidential details regarding CEEK's equity financing, shareholder equity, and future business plans.  CEEK treats this information as confidential and does not make this information available publicly during the normal course of its business.  CEEK views this information as commercially sensitive and believes that the release of this information to the public would harm CEEK's competitive standing.

4.      CEEK goes to great lengths to maintain the confidentiality of this information. This includes both technological barriers to third-party access to this information, and entry into confidentiality agreements with recipients of the information.  The provision of the declaration of CEEK to Plaintiff was conditioned on the existence of a Protective Order in this action and Plaintiff's agreement to treat the declaration as confidential under the Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 20, 2019

By:_____
        Mary Spio
        Chief Executive Officer, CEEK VR, Inc.