ROBERT L. CORTEZ WEBB (CA SBN 274742)
RWebb@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Non Party
CEEK VR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>        Plaintiff,<br><br>    v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>        Defendant. | Case No.   18-CV-07503-HSG<br><br>**DECLARATION OF MARY SPIO IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Mary Spio, hereby declare as follows:

1.   I am the founder and Chief Executive Officer of CEEK VR, Inc. ("CEEK"). I have first-hand knowledge of the facts in this declaration. If called as a witness, I could and would testify competently to these facts.

2.   I submit this declaration in support of Plaintiff Anthony C. Lustig's administrative motion to file under seal. (Dkt. No. 48, filed November 18, 2019.) I have reviewed the Declaration of CEEK VR, Inc., which was designated as confidential by CEEK, and which Plaintiff filed provisionally under seal. For the reasons discussed below, CEEK respectfully requests that the Court seal from the public record the declaration of non-party CEEK, as well as any references to that declaration in Plaintiff's Notice of Motion for Entry of Default Judgment, Memorandum of Points & Authorities in Support Thereof.

3. The Declaration of CEEK VR, Inc. contains sensitive financial and business information of CEEK. This information includes confidential details regarding CEEK's equity financing, shareholder equity, and future business plans. CEEK treats this information as confidential and does not make this information available publicly during the normal course of its business. CEEK views this information as commercially sensitive and believes that the release of this information to the public would harm CEEK's competitive standing.

4. CEEK goes to great lengths to maintain the confidentiality of this information. This includes both technological barriers to third-party access to this information, and entry into confidentiality agreements with recipients of the information. The provision of the declaration of CEEK to Plaintiff was conditioned on the existence of a Protective Order in this action and Plaintiff's agreement to treat the declaration as confidential under the Protective Order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 20, 2019

By: _____
Mary Spio
Chief Executive Officer, CEEK VR, Inc.