E. Jeffrey Banchero (SBN 93077)
*ejb@bancherolaw.com*
BANCHERO LAW FIRM LLP
601 California Street, 13th Floor
San Francisco, California 94111
Telephone: (415) 398-7000
Facsimile: (415) 484-7029

Attorneys for Plaintiff
ANTHONY C. LUSTIG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>Plaintiff,<br><br>v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>Defendant. | CASE NO. 18-CV-07503-HSG<br><br>**JUDGMENT** |

The Court, having entered an Order Granting in Part and Denying in Part Motion for Default Judgment (Dkt. No. 59), now enters judgment, for the reasons set forth in the Order, in favor of plaintiff, Anthony C. Lustig, and against defendant, AzGen Scientific Holdings Plc, as follows:

1.  On the First Cause of Action, for breach of contract, and on the Second and Third Causes of Action, for nonpayment of wages and waiting time penalties under California Labor Code §§ 201(a) and 203, the amount of **$200,034.72**, plus prejudgment interest in the amount of **$37,649**; and

2. Pursuant to California Labor Code § 218.5, attorneys' fees in the amount of **$180,625.50** and costs in the amount of **$1,506.40**.

These amounts total **$419,815.62**.  Post-judgment interest on these amounts is allowable and shall be determined according to law.

**IT IS SO ORDERED.**

Dated:  June 3, 2020

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge