UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C LUSTIG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>　　　　Defendant. | Case No. 18-cv-07503-HSG  (JCS)<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 65 |

　　Plaintiff Anthony Lustig moves to file under seal certain material submitted with his application for a judgment debtor examination and application for a turnover order, citing Judge Gilliam's order granting a previous motion to seal declarations by non-parties Quarrio Corporation and CEEK VR, Inc. containing related information. It is not clear whether the same confidentiality concerns still warrant sealing more than a year later, or whether redactions more narrowly tailored than Lustig has proposed might sufficiently address any remaining confidentiality interest. The procedural posture also differs, and unless absolutely necessary, the Court is reluctant to seal the basic descriptions of property that Lustig wishes to have Defendant AzGen Scientific Holdings PLC ordered to transfer to the U.S. Marshal.

　　Lustig is therefore ORDERED to comply with Civil Local Rule 79-5(e) with respect to the present motion, serve his administrative motion to file under seal (as well as a copy of this order) on Quarrio and CEEK no later than September 27, 2021, and file proof of service to that effect. Quarrio and CEEK may file responsive declarations no later than October 1, 2021. If no such declarations are filed, the administrative motion to file under seal will be denied.

　　**IT IS SO ORDERED.**

Dated: September 21, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge