UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. LUSTIG,<br><br>                Plaintiff,<br><br>        v.<br><br>AZGEN SCIENTIFIC HOLDINGS PLC,<br><br>                Defendant. | Case No. 19-cv-07504-HSG  (JCS)<br><br>**ORDER REGARDING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**<br><br>Re: Dkt. Nos. 65, 74 |

On September 5, 2021, Plaintiff Anthony Lustig moved to file under seal certain documents relating to his efforts to collect a judgment against Defendant AzGen Scientific Holdings PLC, on the basis that the Court had previously sealed declarations by non-parties that the present documents cited and discussed. Dkt. 65. The Court ordered Lustig to comply with Civil Local Rule 79-5(e) and serve his motion on the non-parties whose confidentiality interests he sought to protect. Dkt. 73. On September 27, 2021, Lustig filed a revised administrative motion to file under seal, dkt. 74, which he served as required by Local Rule 79-5(e), dkts. 75–76, but he did not file any exhibits with that revised motion. The non-parties did not file responsive declarations within the four days permitted by Local Rule 79-5(e). On Sunday, October 3, 2021, Lustig filed a redacted public version and a provisionally sealed version of only one of the exhibits to his revised motion. Dkts. 77–78.

Since the original and revised motions concern the same purportedly confidential material, the Court excuses Lustig's failure to file all exhibits again with the revised motion. Since the non-parties have not filed responsive declarations, both motions to file under seal are DENIED. Lustig shall file all documents at issue unredacted in the public record no earlier than October 8, 2021 and no later than October 14, 2021. *See* Civ. L.R. 79-5(e)(2). The Court will address the underlying motions related to collecting the judgment after all documents at issue have been filed

in the public record.

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge